UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

REBA ABRAHAM PEARCE,

      Plaintiff,

v.                                                                          CASE NO. 3:24-cv-246-JEP-SJH

UNITED STATES SECRETARY
OF THE ARMY, etc.,

      Defendant.

_____/

## **ORDER**

    **THIS CAUSE** is before the Court on Defendant's Opposed Application for Taxation of Costs ("Motion"), Doc. 166, and Plaintiff's response in opposition thereto, Doc. 168.

    Judgement has been entered in favor of Defendant on all counts, Doc. 163, and Plaintiff has appealed, Doc. 167. In the Motion, Defendant seeks to tax costs in the amount of $8,025.20. Doc. 166; *see also* Doc. 165. Plaintiff asks the Court to deny the Motion or, alternatively, to defer ruling on costs and deny the Motion without prejudice pending resolution of Plaintiff's appeal. Doc. 168.

    Upon consideration, the Court deems it appropriate to defer ruling on costs and deny the Motion without prejudice pending resolution of Plaintiff's appeal. *See, e.g.*, *Waldorf v. Mayo Clinic*, No. 3:24-cv-00657-CRK-MCR, 2026 WL 25280, at *1–2 (M.D. Fla. Jan. 5, 2026); *Prudential Ins. Co. of Am. v. Gardina*, No. 6:23-cv-1125-JSS-DCI, 2025

WL 3269386, at *1–2 (M.D. Fla. Sept. 11, 2025); *Reyes v. Fla. A&M Univ. Bd. of Trs.*, No. 6:22-cv-1525-WWB-DCI, 2025 WL 1180452, at *1–2 (M.D. Fla. Apr. 23, 2025); *E-Z Dock, Inc. v. Snap Dock, LLC*, No. 2:21-cv-450-SPC-NPM, 2022 WL 19914347, at *1–2 (M.D. Fla. Oct. 24, 2022).

Accordingly, it is **ordered** that the Motion, Doc. 166, is **denied without prejudice** to the filing of a renewed motion to tax costs within 30 days after the Eleventh Circuit issues its mandate concluding the appeal.

**DONE AND ORDERED** in Jacksonville, Florida, on June 16, 2026.

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:

*Pro se* Plaintiff

Counsel of Record

2